## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE DAVID M. EBEL

Courtroom Deputy: Bernique Abiakam　　　　　　Date: June 21, 2011
Court Reporter: Tracy Weir
Probation Officer: Lisa Pence

Criminal Action No.: 10-cr-00220-DME-13

*Parties:*　　　　　　　　　　　　　　　　　　*Counsel:*

UNITED STATES OF AMERICA,　　　　　　　M.J. Menendez
　　　　　　　　　　　　　　　　　　　　　　　Kasandra R. Carleton
　　Plaintiff,

v.

SOFIA MARTINEZ,　　　　　　　　　　　　　David Michael Koppa

　　Defendant.

---

## SENTENCING MINUTES

---

**10:37 a.m.**　　**Court in session.**

Court calls case.  Appearances of counsel.  Defendant present in custody.

**Change of Plea Hearing:　March 22, 2011.**

**Defendant plead guilty to Count One of the Information.**

Defendant sworn and answers questions asked by the Court.

**ORDERED:　Government's Motion To Dismiss Counts One, Fifty, And Fifty-One
　　　　　　　(Filed 6/6/11; Doc. No. 541) is GRANTED.**

Parties received and reviewed the presentence report.

Discussion regarding objections to presentence report.

The Court accepts the presentence report with modifications, as specified.

*10-cr-00220-DME-13*
*Sentencing*
*June 21, 2011*

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

**ORDERED:   Government's Motion For Defendant To Receive The Third Level For Acceptance Of Responsibility Under U.S.S.G.§3E1.1(b) [Filed 6/6/11; Doc. No. 542] is GRANTED.**

Statement by Mr. Koppa.

Statement by Ms. Menendez.  Questions by the Court.

Objection OVERRULED.

Argument heard on Doc. No. 540.

11:21 a.m.   Argument by Ms. Menendez.

No argument by Mr. Koppa.

**ORDERED:   Government's Motion for Downward Departure Pursuant To U.S.S.G.§ 5K1.1 (Filed 6/6/11; Doc. No. 540) is GRANTED.**

Argument heard on Doc. No. 557.

11:28 a.m.   Argument by Mr. Koppa.

11:32 a.m.   Argument by Ms. Menenez.

Statement by the Defendant.

**ORDERED:   Defendant's Motion For Departure Under U.S.S.G 5K2.0 (2) Alternatively, Motion for Variance Under 18 USC 3553 (a) [Filed 6/14/11; Doc. No. 557] is DENIED.**

Comments and rulings by the Court.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Count One of the Information to a term of imprisonment of **13 months**.

*10-cr-00220-DME-13*
*Sentencing*
*June 21, 2011*

## SUPERVISED RELEASE:

Upon release from imprisonment, defendant shall be placed on supervised release for a period of **3 years**.

**Conditions of supervised release:**
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall comply with the standard conditions adopted by the Court.
- (X) Defendant shall not illegally possess controlled substances.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.
- (X) If the judgment in this case imposes a fine or restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment.
- (X) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are waived because it is likely defendant will be deported.
- (X) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are waived because the Presentence Report indicates a low risk of future substance abuse by defendant.

**Special conditions of supervised release:**
- (X) Defendant shall participate in a program of testing and treatment for drug or alcohol abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer.
- (X) Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer
- (X) Defendant shall participate in a program of mental health treatment as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall pay the cost of the treatment as directed by the probation officer.
- (X) The Probation Officer is authorized to release to the treatment agency all psychological reports and/or presentence reports for continuity of

*10-cr-00220-DME-13*
*Sentencing*
*June 21, 2011*

        treatment.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:**  Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**11:51 a.m.    Court in recess.**
Hearing concluded.
Total in-court time: 1 hour, 14 minutes.